# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1093

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| James Charles Poe, III, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 13, 2010
Filed: April 22, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

James Poe appeals the 12-month prison term the district court[1] imposed upon revoking his supervised release. We conclude that the revocation sentence, which is within both the statutory limit and the advisory Guidelines range, is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)); see also 18 U.S.C. § 3583(e) (factors to be considered before revoking supervised release and imposing sentence; limit on

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

revocation sentence for Class C and D felonies); <u>United States v. Perkins</u>, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (district court need not make specific findings where record shows court was aware of relevant factors; on appeal, revocation sentence within Guidelines range is accorded presumption of reasonableness).

     Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____